# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Fernando Novelo Nostratis, <br><br> Defendant-Petitioner, <br><br> vs. <br><br> United States of America, <br><br> Plaintiff-Respondent. | Case No. 1:99-cr-00100 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order Denying Motion Under 28 USC 2255 to Vacate, Set Aside or Correct Sentence filed March 17, 2004 and Amendment to Motion to Vacate, Set Aside or Correct Sentence Under 28 USC 2255 filed April 26, 2004*
*Date of Entry of Order: 4/10/2006*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:
**www.gud.uscourts.gov**

**Date:** April 10, 2006                                    Clerk of Court
                                                            **/s/ Mary L.M. Moran**