# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Fernando Novelo Nostratis,<br><br>Defendant-Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Plaintiff-Respondent. | Case No. 1:99-cr-00100<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Denying Motion Under 28 USC 2255 to Vacate, Set Aside or Correct Sentence and Amendment to Motion to Vacate, Set Aside or Correct Sentence Under 28 USC 255 and Notice of Entry of Order filed April 10, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*April 11, 2006*                  *April 11, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Denying Motion Under 28 USC 2255 to Vacate, Set Aside or Correct Sentence and Amendment to Motion to Vacate, Set Aside or Correct Sentence Under 28 USC 255 and Notice of Entry of Order filed April 10, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 11, 2006                    /s/ Marilyn B. Alcon
                                         Deputy Clerk